■ DONNA B. MCNALLY, Respondent, v ROBERT M. MC-NALLY, JR., Appellant. [620 NYS2d 672] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted plaintiff's motion to transfer the issues of custody and visitation for determination in Florida. "[S]ubstantial evidence concerning the [children's] present or future care, protection, training, and personal relationships is more readily available in [Florida]" (Domestic Relations Law § 75-h [3] [c]). The facts that the children have continuously resided in Florida for 4½ years and their grandparents, aunts and uncles as well as

their teachers and counselors reside in Florida and the hardship of transporting them on a 36-hour bus ride to New York State, all support the court's determination that Florida is the more convenient forum (see, Domestic Relations Law § 75-h [1], [3] [a]-[c]).

We have considered defendant's remaining contentions and conclude they are without merit. (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Custody.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.